| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Brad Ragan Recycling Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | 21-10305 |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Airboss<br>101 Glasgow St.<br>Kitchner Ontario, Canada N2G4X8<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☒ No ☐ Yes | $173,829.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>American Engineers<br>65 Aberdeen Dr.<br>Glasgow, KY 42141<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☒ No ☐ Yes | $68,068.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>American Express<br>Three World Financial Center<br>200 Vesey St.<br>New York, NY 10285<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit card purchases**<br>Is the claim subject to offset? ☒ No ☐ Yes | $36,503.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Aramark<br>1947 Russellville Rd.<br>Bowling Green, KY 42101<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ☒ No ☐ Yes | $17,000.00 |

Debtor   **Brad Ragan Recycling Inc.**                                    Case number (if known)   21-10305
         Name

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Atmos Energy**<br>**P.O. Box 740353**<br>**Cincinnati, OH 45274**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset?  ■ No  ☐ Yes | $70,418.00 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Autozone**<br>**123 S. Front St.**<br>**Memphis, TN 38103**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,987.25 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Barco**<br>**280 Pequanoc Dr.**<br>**Tallapoosa, GA 30176**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset?  ■ No  ☐ Yes | $113,994.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Barren County Court Clerk**<br>**117-1A N Public Square**<br>**Glasgow, KY 42141**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,587.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Bestone Tire**<br>**1201 Demonbreon St.**<br>**Nashville, TN 37203**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,671.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Bluegrass & Associate**<br>**412 Donnelly Dr.**<br>**Glasgow, KY 42141**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $15,824.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Boyd & Sons**<br>**16 S 350 E**<br>**Washington, IN 47501**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,205.00 |

Debtor **Brad Ragan Recycling Inc.**                  Case number (if known) **21-10305**
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**BR Tire**<br>**935 Lovers Lane**<br>**Bowling Green, KY 42101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $171,082.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Brad E. Ragan Jr. Trust**<br>**c/o Brad Ragan, TRUSTEE**<br>**1037 Happy Valley Rd.**<br>**Glasgow, KY 42141**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Operating Capital Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $400,000.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Business Card**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $54,097.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**CNH Capital**<br>**P.O. Box 71264**<br>**Philadelphia, PA 19176**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,814.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Constellation**<br>**P.O. Box 5473**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $26,115.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Cortner Shop**<br>**346 Washington Ave.**<br>**Cerulean, KY 42215**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,936.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Dennis Bull, et al.**<br>**c/o. Hon. Tom Kerrick**<br>**1025 State St.**<br>**Bowling Green, KY 42101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Commercial Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | $525,000.00 |

Debtor **Brad Ragan Recycling Inc.**     Case number *(if known)* **21-10305**
       Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$536,745.09** |
|---|---|---|---|
| | **Dunlap & Kyle**<br>530 Myatt Drive<br>Madison, TN 37115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,357.00** |
|---|---|---|---|
| | **English Lucas Priest & Owsley**<br>1101 College St.<br>Bowling Green, KY 42101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Legal Fees__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,966.00** |
|---|---|---|---|
| | **Fisher & Phillips**<br>220 W. Main St.<br>Ste. 1700<br>Louisville, KY 40202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,000.00** |
|---|---|---|---|
| | **Fleet Equipment**<br>567 Commerce St.<br>Franklin Lakes, NJ 07417 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Fuelman**<br>1612 NE Expressway<br>Atlanta, GA 30329 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$326,319.00** |
|---|---|---|---|
| | **Hexpol**<br>14330 Kinsman Road<br>Burton, OH 44021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$223,000.00** |
|---|---|---|---|
| | **Huntsman Automotive**<br>c/o Hon. Travis Lock<br>P.O. Box 51472<br>Bowling Green, KY 42102 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Commercial Lease__<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Brad Ragan Recycling Inc.**                              Case number (if known)  **21-10305**
           Name

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Lisa Mattingly**<br>c/o. Hon. Tom Kerrick<br>1025 State St.<br>Bowling Green, KY 42101<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **NOTICE ONLY**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Madison Smith**<br>2601 Happy Valley Rd.<br>Glasgow, KY 42141<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$14,153.00** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Mitco**<br>P.O. Box 9537<br>Chattanooga, TN 37412<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$27,902.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Mohawk Rubber Sales**<br>P.O. Box 849505<br>Boston, MA 02284<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,215.00** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**National Tire Wholesale**<br>601 Space Park N<br>Goodlettsville, TN 37072<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$25,916.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Neighbors Consulting**<br>P.O. Box 50559<br>Bowling Green, KY 42103<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Audits**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10,228.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**RDH**<br>1315 Redmon Rd.<br>Cleveland, NC 27013<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Operating Capital Loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,162,285.00** |

Debtor **Brad Ragan Recycling Inc.** Case number (if known) **21-10305**
      Name

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address**<br>**RDH Tire Express**<br>**P.O. Box 187**<br>**Cleveland, NC 27013**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes     **$30,303.00** |
| **3.34** | **Nonpriority creditor's name and mailing address**<br>**REMA**<br>**P.O. Box 76**<br>**Northvale, NJ 07647**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes     **$68,934.00** |
| **3.35** | **Nonpriority creditor's name and mailing address**<br>**Rives & Assc.**<br>**P.O. Box 1991**<br>**Lexington, NC 27293**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes     **$27,400.00** |
| **3.36** | **Nonpriority creditor's name and mailing address**<br>**Small Business Administration**<br>**600 Dr. Martin Luther King Jr Place**<br>**Louisville, KY 40202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **PPP Loan**<br>Is the claim subject to offset? ■ No ☐ Yes     **Unknown** |
| **3.37** | **Nonpriority creditor's name and mailing address**<br>**TAZ Auto (NAPA)**<br>**103 Shane Dr.**<br>**Glasgow, KY 42141**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes     **$8,031.00** |
| **3.38** | **Nonpriority creditor's name and mailing address**<br>**Tire Recovery Systems, Inc.**<br>**c/o. Hon. Tom Kerrick**<br>**1025 State St.**<br>**Bowling Green, KY 42101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **NOTICE ONLY**<br>Is the claim subject to offset? ■ No ☐ Yes     **$0.00** |
| **3.39** | **Nonpriority creditor's name and mailing address**<br>**Tirehub**<br>**1514 Elm Hill Pike**<br>**Nashville, TN 37210**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes     **$81,428.00** |

Debtor  **Brad Ragan Recycling Inc.**                                                     Case number (if known)  21-10305
            Name

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Tresia Bull<br>c/o. Hon. Tom Kerrick<br>1025 State St.<br>Bowling Green, KY 42101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **NOTICE ONLY** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $88,048.00 |
|---|---|---|---|
| | Underwood Trucking<br>199 Tank Tail<br>P.O. Box 699<br>Spruce Pine, NC 28777 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $50,446.00 |
|---|---|---|---|
| | US Bank<br>P.O. Box 790084<br>Saint Louis, MO 63179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Credit card purchases** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $347,854.00 |
|---|---|---|---|
| | Vipal Rubber Corp.<br>P.O. Box 227786<br>Miami, FL 33122 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,810,660.34 |
| **5c. Total of Parts 1 and 2**<br>     Lines 5a + 5b = 5c. | 5c.  $ | 4,810,660.34 |