UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:                                      )
                                            )
BRAD RAGAN RECYCLING, INC.                  )   CASE NO.  21-10305
                                            )   CHAPTER 11
                Debtor                      )
                                            )

## AMENDMENT TO SCHEDULE F

Come the debtors, by counsel, and do hereby amend their previously filed Schedule F, to ADD the following creditor:

**Small Business Administration**
**600 Dr. Martin Luther King Jr Place**
**Louisville KY 40202-0000**

*If the amendment lists you as a creditor, please refer to Fed.R.Bank.P. 3002 for required procedures and time frames for filing a proof of claim.*

This the 16th July, 2021.

/s/ Darren K. Mexic
Darren K. Mexic
Attorney at Law
130 E. Professional Park Ct.
Bowling Green, KY  42104
270-782-8184

## CERTIFICATE OF SERVICE

I, Darren K. Mexic, certify that a copy of this amendment and Official Form 309 – Notice of Bankruptcy Case, was served upon the following by first class mail:

Small Business Administration
600 Dr. Martin Luther King Jr Place
Louisville KY 40202-0000

Hon. Tim Ruppel
Office of UST

VIA EMAIL

Hon. Gary Grimes
Office of the UST
VIA EMAIL

                                                          /s/ Darren K. Mexic
                                                          Darren K. Mexic