**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BRAD RAGAN RECYCLING, INC. | ) CASE NO. 21-10305 |
| | ) CHAPTER 11 |
| Debtor | ) |
| | ) |

**WITHDRAWAL OF DOCUMENT**

Comes the debtor, by counsel, and does hereby give notice to the court and all parties of its withdrawal of its *Motion to Sell* filed as Document 45. In support, the debtor states that the buyers have walked.

This 4th day of August 2021.

    Respectfully,

\s\ Darren K. Mexic
Darren K. Mexic
Attorney at Law
P.O. Box 594
White House, TN 37188
darren@darrenmexiclaw.com
270-418-9633

**Certificate of Service**

I hereby certify that a copy of the above Motion was this day forwarded to:

Hon. Gary C. Grimes
*Office of United States Trustee*
VIA EMAIL Gary.C.Grimes@usdoj.gov

Hon. Tim Ruppel
*Office of United States Trustee*
VIA EMAIL Tim.Ruppel@usdoj.gov

*Hon. Scott Bachert*
*VIA email* [sbachert@kerricklaw.com](sbachert@kerricklaw.com)

All Scheduled Creditors
*VIA Regular Mail, USPS*

                                                                                   /s/ Darren K. Mexic
                                                                                    Darren K. Mexic