# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Brad Ragan Recycling Inc. | Case No.:21–10305–jal |
| Debtor(s) | Chapter: 7 |

# NOTICE OF LAST DAY TO FILE CLAIMS

TO THE DEBTOR(S), ITS CREDITORS AND ALL PARTIES IN INTEREST:

IT IS ORDERED and Notice is hereby given that:

Pursuant to notification by the trustee, debtor's schedules indicate that assets exist in this case from which unsecured creditors may receive a dividend.

In order to preserve your right to receive a distribution from the above named debtor's estate, you must file a claim within 90 days of the date of this notice at the following address: U.S. Bankruptcy Court, 450 U.S. Courthouse, 601 W. Broadway, Louisville, Ky. 40202. A Proof of Claim form "Official Form B 10" can be obtained at the United States Courts Web site http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office.

Any claim not filed within 90 days will be barred from receiving any distribution of assets. Filing a claim with the trustee only is insufficient.

If a claim has been previously filed, it is a part of the permanent court record. There is no reason to refile a claim unless you find it necessary to amend as to status or amount.

Federal Bankruptcy Rule 9037 requires that personal identifiers (i.e. Social Security numbers, names of minor children, birthdates, financial account numbers, etc.) be redacted from pleadings and attachments filed with the Court. Responsibility for redacting this information rests solely with the filer.

Dated: 10/1/21

| | |
|---|---|
| By: vs<br>Deputy Clerk | FOR THE COURT<br>Elizabeth H. Parks<br>Clerk, U.S. Bankruptcy Court |